UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,
611 Pennsylvania Ave SE #231
Washington, D.C. 20003

*Plaintiff,*

v.

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue NW
Washington, D.C. 20530

*Defendant.*

Civil Action No. 1:26-cv-1664

**COMPLAINT**

1. Plaintiff America First Legal Foundation ("AFL") brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201 *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. Defendant, U.S. Department of Justice ("DOJ"), is an agency within the meaning of 5 U.S.C. § 552(f), with its offices located at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.

6. The Executive Office for United States Attorneys ("EOUSA"), the Office of Information Policy ("OIP"), the Criminal Division, and the Federal Bureau of Investigation ("FBI") are components of the U.S. Department of Justice. They have possession, custody, and control of the requested records.

## FACTS

7. On April 12, 2023, AFL submitted FOIA requests to EOUSA, OIP, the Criminal Division, and the FBI. Ex. 1.

### *EOUSA FOIA Request*

8. On April 12, 2023, EOUSA acknowledged receipt of AFL's FOIA request and assigned it the tracking number EOUSA-2023-001794. Ex. 2.

9. On April 21, 2023, EOUSA denied AFL's request for expedited processing. Ex. 3.

10. On May 9, 2023, EOUSA issued a final response closing AFL's request, stating that AFL had not reasonably described the records sought. Ex. 4.

11. On May 19, 2023, AFL responded to EOUSA's final response, explaining that AFL's original request already listed a specific date range, specific named custodians, and specific search terms and recipients. Ex. 5.

12. As of the date of this filing, AFL has received no further communication from the EOUSA relating to AFL's FOIA request, and AFL has accordingly not received any responsive records from the request.

*OIP FOIA Request*

13. On April 21, 2023, OIP acknowledged receipt of AFL's FOIA request, assigned it the tracking number FOIA-2023-01059 and denied AFL's request for expedited processing. Ex. 6.

14. As of the date of this filing, AFL has received no further communication from the OIP relating to AFL's FOIA request, and AFL has accordingly not received any responsive records from the request.

*Criminal Division FOIA Requests*

15. The Criminal Division divided AFL's FOIA request into two requests, with the tracking numbers CRM-301960675 and CRM-301942256. Exs. 7, 8.

16. On August 28, 2023, the Criminal Division decided to neither confirm nor deny the existence of the requested records related to request CRM-301960675,

and the Criminal Division accordingly dismissed AFL's request for expedited processing as moot. Ex. 8.

17. On August 29, 2023, the Criminal Division stated that, with respect to request CRM-301942256, it was denying AFL's request for expedited processing. Ex. 8.

18. As of the date of this filing, AFL has received no further communication from the Criminal Division relating to AFL's FOIA request, and AFL has accordingly not received any responsive records from the request.

*FBI FOIA Request*

19. As of the date of this filing, AFL has received no correspondence from the FBI related to AFL's FOIA request, and AFL has accordingly not received any responsive records from the request.

## CLAIM FOR RELIEF

## Violation of FOIA, 5 U.S.C. § 552

20. AFL repeats and realleges paragraphs 1–19, as if fully set forth herein.

21. AFL properly requested records within the possession, custody, and control of the Defendant and its components.

22. The Defendant has failed to produce the requested records within the statutory time limit.

23. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C)(i).

24. The Defendant has violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to AFL's FOIA requests and release nonexempt records.

**RELIEF REQUESTED**

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv. Order the Defendant to grant AFL's requests for fee waivers;

v. Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant AFL such other and further relief as this court deems proper.

Dated: May 14, 2026

Respectfully submitted,

/s/ *Robert A. Crossin*
ROBERT A. CROSSIN
D.C. Bar No. 90036740
(202) 596-9846
WILLIAM F. SCOLINOS
D.C. Bar No. 90023488
(301) 965 0179
william.scolinos@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
bobby.crossin@aflegal.org

*Attorneys for America First Legal Foundation*